# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TIMOTHY TYLER,** | § | |
| **and** | § | |
| **JOSEPH RAMEY** | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO. 4:15-cv-03668** |
| v. | § | |
| | § | |
| **NETWORK CONNECTIONS, INC.,** | § | |
| **ET AL** | § | |
| **Defendants.** | § | |

## ORDER APPROVING SETTLEMENT AND OF PARTIAL DISMISSAL

THIS MATTER is before the Court upon the parties' Joint Motion and Stipulation for Approval of Settlement and for Partial Dismissal with Prejudice.

THE COURT has considered the Motion and the Settlement Agreement and Release proposed by the parties; finds that there is a legitimate, good faith dispute between the parties concerning Ramey's claims in this case; and being otherwise fully advised in the premises, finds that settlement on the terms proposed by the parties would be fair and just and that it is unnecessary to consider any other claims and, therefore, it is ORDERED AND ADJUDGED that the parties' proposed settlement is approved and this litigation is partially dismissed with prejudice, subject to the right of any party to reopen this litigation for purposes of enforcing the provisions of the settlement reached by the parties.

SIGNED ON _____, 2016.

_____
United States District Judge