Case 4:15-cv-03668   Document 24   Filed on 10/28/16 in TXSD   Page 1 of 1
Case 4:15-cv-03668   Document 23-1   Filed in TXSD on 10/26/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY TYLER, and JOSEPH RAMEY<br>Plaintiffs,<br><br>v.<br><br>NETWORK CONNECTIONS, INC., ET AL<br>Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:15-cv-03668<br>§<br>§<br>§<br>§<br>§ |

## ORDER APPROVING SETTLEMENT AND DISMISSAL

THIS MATTER is before the Court upon the parties' Joint Motion and Stipulation for Approval of Settlement and for Dismissal with Prejudice.

THE COURT has considered the Joint Motion and the Settlement Agreement and Release proposed by the parties; finds that there is a legitimate, good faith dispute between the parties concerning Tyler's claims in this case; and being otherwise fully advised in the premises, finds that settlement on the terms proposed by the parties would be fair and just and that it is unnecessary to consider any other claims and, therefore, it is ORDERED AND ADJUDGED that the parties' proposed settlement is approved and this litigation is dismissed with prejudice, subject to the right of any party to reopen this litigation for purposes of enforcing the provisions of the settlement reached by the parties.

SIGNED ON *October 27*, 2016.

*Frances H. Stacy*
United States Magistrate Judge
Frances H. Stacy